UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:22-cv-409-WFJ-PRL

ANGEL E. GASTON,

Plaintiffs,

v.

CITY OF LEESBURG, et al.,

Defendants.

_____/

## **DEFENDANT'S NOTICE OF APPEARANCE**

Isabella Sanchez, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of her appearance on behalf of Defendant, LIFESTREAM BEHAVIORAL CENTER, INC. and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of September, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

CASE NO.: 5:22-cv-409-WFJ-PRL

      COLE, SCOTT & KISSANE, P.A.
      Counsel for Defendant *Lifestream Behavioral Center, Inc.*
      Cole, Scott & Kissane Building
      9150 South Dadeland Boulevard, Suite 1400
      P.O. Box 569015
      Miami, Florida 33256
      Telephone (786) 268-6848
      Facsimile (305) 373-2294
      Primary e-mail: frances.allegra@csklegal.com
      Secondary e-mail: isabella.sanchez@csklegal.com

By:  s/ Isabella Sanchez
      FRANCES P. ALLEGRA
      Florida Bar No.: 881368
      ISABELLA SANCHEZ
      Florida Bar No.: 1031340

0176.1674-00/-1