UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                                     CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL

Stephanie J. Brionez, Esq. of Brionez + Brionez, P.A. hereby gives notice of her appearance as lead counsel on behalf of Defendants, CITY OF LEESBURG, CITY OF LEESBURG CHIEF OF POLICE, NICHOLAS M. ROMANELLI, JOHN G. SOMMERSDORF, DOMINIC PAONESSA, JOHN LISTON, JOSEPH IOZZI, GARY BARRETT, DANIEL NAVARRO, CHARLES KETCHUM, GUSTAVO ESCALANTE, DAVID CARVER, STEFANO DAGASTINO, ERIC W. LAMOREAUX and ALLEN CARTER, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system this 5th day of December,

1

2023, which shall serve a copy of the foregoing to all counsel of record. I ALSO HEREBY CERTIFY that a true and correct copy hereof has been served on the following non-CM/ECF participants on this 5th day of December, 2023, via regular U.S. Mail to: Angel E. Gaston, Palm Beach County West Detention Center, Cell #D-2, Jacket #0473500, P.O. Box 1450, Belle Glade, FL 33430 this 5th day of December, 2023.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044 – office
352-609-2876 – fax
Primary Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendants

2