United States District Court
Middle District of Florida
Ocala Division

Angel E. Gaston
Plaintiff

Case No: 5:22-CV-409-WFJ-PRL

V.

City of Leesburg, et al
Defendant(s)

SEP 23 2024 AM 11:42
FILED - USDC - FLMD - OCA

## Motion for Re-hearing on Motion to Dismiss/strike Plaintiff's Amended Complaint; and Motion to Order Lifestream to Send the Plaintiff Document 67

I, Angel E. Gaston (the Plaintiff in the above styled cause), Move this Court for a re-hearing on defendant Lifestream Behavioral Center, Inc.'s ("Lifestream") Motion to Dismiss/strike Plaintiff's Amended Complaint (Doc. 49); and to order Lifestream to send me a copy of their response (Doc. 67). In support of my motion I state the following:

1.) Lifestream filed a motion to dismiss/strike Plaintiff's Amended Complaint (Doc. 49).
2.) I (the Plaintiff) filed a response to the defendant's Motion to Dismiss (Doc. 66).
3.) Lifestream then filed a reply to my response (Doc. 67).
4.) Lifestream did <u>not</u> send me a copy of their response (Doc. 67)
5.) Doc. 67 is the <u>fifth</u> time Lifestream has failed in their duty to litigate in good faith and provide me (the Plaintiff) with copies of documents filed with the Court.
6.) On 11/22/2023 I filed a notice and motion to this Court (Doc. 56) due to documents 45, 46, 48, and 49 <u>not</u> being sent to me by Lifestream.
7.) On 12/8/2023 this court granted my motion (Doc. 59) in part, to the extent that Lifestream would resend Doc's 45, 46, 48, and 49.

pg. 1 of 2

8.) I cannot litigate if I do not know of the documents (and their content) being filed by the defense. The actions of Lifestream are depriving me of a fair adversarial due process.

9.) I give notice to this court of Document 12 (motion and notice to Amend Complaint) where I included under Exhibit "A" the Letter of Intent to Initiate Litigation that I sent to Lifestream per the requirements of Florida stat. §§ 766.106(2) and rule 1.650 of the Florida rules of Civil Procedure. See Exhibit "A"

10.) In response to my motion (Doc. 12) this court ordered me (Doc. 17) to submit an amended complaint.

11.) On 6/1/2023 I sent this court my amended complaint to include Lifestream as a defendant.

Wherefore, due to numbers 1-11 above, I ask this court to order Lifestream to send me a copy of their response (Doc. 67); and I also move this court for a rehearing on Lifestream's motion to Dismiss (Doc. 49), pending a final response by me on this matter before the court.

### Certificate of Service

I hereby certify that this motion was given to __J. Rodriguez__ a detention officer with the "Department of Corrections" for U.S. Postal Mailing to the U.S. Middle District Court of Florida, Ocala Division, 207 NW Second Street, Room 337, Ocala, FL 34475; to Brionez + Brionez, P.A., Attn: Stephanie J. Brionez, P.O. Box 985, Tavares, FL 32778; and to Cole, Scott, + Kissane, P.A., Attn: Frances P. Allegra and Isabella Sanchez, 9150 South Dadeland Blvd., Suite 1400, P.O. Box 569015, Miami, FL 33256 on this __19th__ day of September 2024.

Respectfully Submitted,

Note: No legal mail available on 9/17/2024
Note: No legal mail available on 9/18/2024

/s/ E. Gaston
Angel E. Gaston
Date: 9/19/2024
South Florida Reception Center
Cell # B2113 ; DC# 020151
14000 NW 41st Street
Doral, FL 33170

PROVIDED TO
SOUTH FLORIDA RECEPTION CENTER
on 09/19/24 FOR MAILING.
BY: _____
OFFICER'S INITIALS

pg. 2 of 2