UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

    Plaintiff,

v.                                                     Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

    Defendants.

---

## ORDER

This matter is before the Court on *sua sponte* review. By Order dated October 1, 2024, Plaintiff was directed to submit summons, USM-285 forms, and service copies for nineteen defendants. (Doc. 74). On October 22, 2024, a bag of documents was delivered to the Clerk's Office. The original packaging was damaged, and the documents were disorganized. The original packing included a notation that it was package "1 of 2." To date, the second package has not been received.

The Clerk's Office received the following:

- USM-285 forms for Defendants (1) City of Leesburg c/o the Mayor Jimmy Burry; (2) Stefano Dagostino; (3) Eric Lamoreaux; (4) Nicholas Romanelli; (5) Dominic Paonessa; (6) Allen Carter; (7) John Sommersdorf; and (8) Gustavo Escalante

- Summons forms for Defendants (1) City of Leesburg c/o the Mayor Jimmy Burry; (2) Stefano Dagostino; (3) Eric Lamoreaux; (4) Nicholas Romanelli; (5) Dominic Paonessa; (6) Allen Carter; (7) John Sommersdorf; and (8) Joseph Iozzi

- Seven complete service copies

Accordingly, it is **ORDERED**:

1. The **Clerk** is directed to send Plaintiff blank summons forms and blank USM-285 forms. Plaintiff must complete and return a copy of each form for **each Defendant not listed above as received. Plaintiff must sign the USM-285 form.**

2. Plaintiff shall mail the completed forms and **twelve service copies**[1] to the Clerk's Office within **21 DAYS** of the date of this Order. Failure to return the completed forms and submit the service copies within this time period will result in dismissal for failure to prosecute, without further notice.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 18th day of November 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record

---

[1] The service copies must contain all pages, exhibits and attachments as filed with the Amended Complaint.