[DO NOT PUBLISH]

# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13566

Non-Argument Calendar

_____

ANGEL E. GASTON,
a.k.a. Angel Gaston Elias Ortiz,

                                                Plaintiff-Appellant,

versus

CITY OF LEESBURG,
Government Agency, Official Capacity,
JOSEPH IOZZI,
ERIC W. LAMOREAUX,
JOHN G. SOMMERSDORF,
Police Officers, Official and Individual Capacities, et al.,

                                                Defendants,

2                Opinion of the Court                24-13566

LIFE STREAM BEHAVIORAL CENTER, INC.,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:22-cv-00409-WFJ-PRL

_____

Before JORDAN, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Angel Gaston appeals from (1) the district court's September 4, 2024, order granting LifeStream Behavioral Center, Inc.'s motion to dismiss and dismissing Gaston's claims of medical malpractice and false imprisonment for failure to state a claim; and (2) the October 15, 2024, order denying Gaston's motion for reconsideration of the September 4 order.

    We lack jurisdiction over this appeal because neither order is final or otherwise appealable. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). The orders are not final because they did not resolve all of Gaston's claims against all defendants. *See Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012). The orders are also

| 24-13566 | Opinion of the Court | 3 |
|---|---|---|

not immediately appealable under the collateral order doctrine because they are effectively reviewable on appeal from a final judgment. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-13566-C
Case Style: Angel Gaston v. Life Stream Behavioral Center, Inc.
District Court Docket No: 5:22-cv-00409-WFJ-PRL

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. Among other things, **a petition for rehearing must include a Certificate of Interested Persons**. See 11th Cir. R. 40-3.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion