UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

    **Plaintiff,**

v.                                          Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

    **Defendants.**

## ORDER

Plaintiff, proceeding pro se, initiated this case by filing a Civil Rights Complaint under 42 U.S.C. § 1983 and is proceeding on his Amended Complaint (Doc. 18). A review of the record reflects that service has been returned as unexecuted as to multiple defendants:

- Dominic Paonessa – no longer employed (Doc. 97)
- John Liston – no longer employed (Doc. 98)
- Gary Barrett – no longer employed (Doc. 99)
- Allen Carter – retired (Doc. 100)
- Unknown Officer #3, shield number 1038 – no longer employed (Doc. 101)

While Court has the ability to direct the United States Marshal to use reasonable efforts to serve these Defendants,[1] in the interest of time and economy, the Chief of Police, Leesburg Police Department shall notify the Court within **FOURTEEN DAYS** of the date of this Order whether there are forwarding addresses for these Defendants. If the forwarding addresses are confidential, the addresses shall be provided to the Court *in camera* for service of process to be

---

[1] *Richardson v. Johnson*, 598 F.3d 734 (11th Cir. 2010).

completed by the United States Marshal.

If the Chief of Police, Leesburg Police Department objects to providing the information and there is merit to the objection, then the Court will direct the Marshal Service to begin the process of using reasonable efforts to serve the Defendants.

The **Clerk** is directed to mail a copy of this Order to the Chief of Police, Leesburg Police Department.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 27th day of March 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party; Counsel of Record