UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

    Plaintiff,

v.                                         Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

    Defendants.
_____

### ORDER

On February 10, 2025, the summons issued for Defendant Unknown Officer #3 – Shield Number 1038 was returned as unexecuted because Defendant is not employed at the Leesburg Police Department but is a county deputy. (*See* Doc. Nos. 101, 109-1).

Accordingly, the Court directs the United States Mashal Service to use reasonable efforts to locate a forwarding address for Defendant Unknown Officer #3 – Shield Number 1038. *Richardson v. Johnson*, 598 F.3d 734, 739–40 (11th Cir. 2010). The Marshal shall inform the Court within **FOURTEEN DAYS** whether an address can be found. If the Marshal is unable to locate an address for Defendant Unknown Officer #3 – Shield Number 1038, this defendant will be dismissed from this action without prejudice. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 15th day of April 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record