UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

　Defendants.

### ORDER

This matter is before the Court on Doc. 101, the unexecuted return of service for Defendant Unknown Officer #3 – Shield Number 1038. The summons was returned as unexecuted because this Defendant is not employed at the Leesburg Police Department but is a county deputy. *See* Doc. Nos. 101, 109–1. Thus, the United States Marshal Service ("USMS") was directed to use reasonable efforts to locate a forwarding address for Defendant Unknown Officer #3. (Doc. 110). In response, the USMS identified Defendant Unknown Officer #3 as John Liston. (Doc. 111). Mr. Liston is already a named defendant in this action. *See* Doc. 18 at 3.

Accordingly, Plaintiff shall show cause within **14 days** of the date of this Order why Defendant Unknown Officer #3 – Shield Number 1038 should not be dismissed from this action. Failure to timely respond will result in the dismissal of this action against Defendant Unknown Officer #3 – Shield Number 1038.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 24th day of April 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record