UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                  CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

## AFFIDAVIT OF LISA EARL

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, LISA EARL, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is LISA EARL. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently the Risk Manager employed with the City of Leesburg, and have been so employed for approximately 14 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

    3.    No Notice of Intent to Sue and/or Commencement of Complaint letter

was received within the three-year time limit provided for in Section 768.28, Florida Statutes. The only letter received by the City from Plaintiff regarding the incident on 8/17/20 was received on December 13, 2023, long after the Statutory Notice Period had expired. FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, Lisa Earl

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☒ physical presence or ☐ online notarization, this 1st day of May, 2025, by Lisa Earl who is ☒ personally known to me or who ☐ has produced _____ as identification.

_____
NOTARY PUBLIC - STATE OF FLORIDA

_____ (Print Name of Notary Public)

ANNA ROTTERMOND
Commission # HH 226095
Expires June 5, 2026

_____
(Serial/Commission Number)