UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

## AFFIDAVIT OF CHARLES KETCHUM

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, CHARLES KETCHUM, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is CHARLES KETCHUM. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently a police officer employed with the City of Leesburg and have been so employed for approximately 19 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. I am familiar with the Plaintiff, ANGEL GASTON based on multiple encounters between Plaintiff and police both before and after the August 17, 2020, incident that is the subject of Plaintiff's Complaint.

4. On or about August 17, 2020, though I was working on shift during an incident with the Plaintiff, ANGEL GASTON, I had no role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, Charles Ketchum

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☑ physical presence or ☐ online notarization, this 28 day of April, 2025, by Charles Ketchum who is ☑ personally known to me or who ☐ has produced _____ as identification.

_____
NOTARY PUBLIC - STATE OF FLORIDA

LISA CARTER
Notary Public - State of Florida
Commission # HH 227076
My Comm. Expires May 3, 2026
Bonded through National Notary Assn.

Page 2 of 3

*Lisa Carter*

_____
(Print Name of Notary Public)

LISA CARTER
Notary Public - State of Florida
Commission # HH 227076
My Comm. Expires May 3, 2026
Bonded through National Notary Assn.

(Serial/Commission Number)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                    CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

## AFFIDAVIT OF DANIEL NAVARRO

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, DANIEL NAVARRO, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is DANIEL NAVARRO. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently a police officer employed with the City of Leesburg and have been so employed for approximately 6.5 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. I am familiar with the Plaintiff, ANGEL GASTON based on multiple encounters between Plaintiff and police both before and after the August 17, 2020, incident that is the subject of Plaintiff's Complaint.

4. On or about August 17, 2020, though I was present on shift during an incident with the Plaintiff, ANGEL GASTON, I had no role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, Daniel Navarro

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☐ physical presence or ☑ online notarization, this 25 day of April, 2025, by Daniel Navarro who is ☑ personally known to me or who ☐ has produced _____ as identification.

_____
NOTARY PUBLIC - STATE OF FLORIDA

Page 2 of 3



STEPHANIE MCDONALD
MY COMMISSION # HH 134779
EXPIRES: May 26, 2025
Bonded Thru Notary Public Underwriters

_Stephanie A. McDonald_
(Print Name of Notary Public)

STEPHANIE MCDONALD
MY COMMISSION # HH 134779
EXPIRES: May 26, 2025
Bonded Thru Notary Public Underwriters

(Serial/Commission Number)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                      CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.

_____/

## AFFIDAVIT OF GUSTAVO ESCALANTE

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, GUSTAVO ESCALANTE, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is GUSTAVO ESCALANTE. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently a police officer employed with the City of Leesburg and have been so employed for approximately 15 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. I am familiar with the Plaintiff, ANGEL GASTON based on multiple encounters between Plaintiff and police both before and after the August 17, 2020, incident that is the subject of Plaintiff's Complaint.

4. On or about August 17, 2020, though I was working on shift during an incident with the Plaintiff, ANGEL GASTON, my only role was to "call in" over police radio that a Baker Act decision had been made, and that Plaintiff would be transported accordingly. I had no role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act.

FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, Gustavo Escalante

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☑ physical presence or ☐ online notarization, this _28_ day of April, 2025, by _Gustavo Escalante_ who is ☑ personally known to me or who ☐ has produced _____ as identification.

Page 2 of 3

_____
NOTARY PUBLIC - STATE OF FLORIDA

_____
(Print Name of Notary Public)

LISA CARTER
Notary Public - State of Florida
Commission # HH 227076
My Comm. Expires May 3, 2026
Bonded through National Notary Assn.

(Serial/Commission Number)

Page 3 of 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                                    CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

### AFFIDAVIT OF SGT. JOHN SOMMERSDORF

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, JOHN SOMMERSDORF, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is JOHN SOMMERSDORF. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently a police officer with the rank of Seargent employed with the City of Leesburg and have been so employed for approximately 23 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

Page 1 of 3

3. I am familiar with the Plaintiff, ANGEL GASTON based on multiple encounters between Plaintiff and police both before and after the August 17, 2020, incident that is the subject of Plaintiff's Complaint.

4. On or about August 17, 2020, I was working on shift during the early morning hours. I observed Plaintiff in the lobby of the Police Department. He was acting strangely and had dragged several chairs and intertwined them in a manner that was blocking the doors. Another officer told him to put the chairs back in place, as they were a fire hazard. Plaintiff stated that he was there to retrieve property that was in custody due to a previous arrest. My involvement was limited to informing Plaintiff that the Evidence Department was closed. Plaintiff replied that he would "sit and wait" in the parking lot. That was the extent of my involvement that day. I had no role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, aside from informing him that the Evidence Department was closed, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, John Sommersdorf

Page 2 of 3

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☐ physical presence or ☐ online notarization, this 27 day of April, 2025, by Lynn Summerdale who is ☑ personally known to me or who ☐ has produced _____ as identification.

_____
NOTARY PUBLIC - STATE OF FLORIDA

TRISHA JACKSON
Notary Public-State of Florida
Commission # HH 190016
My Commission Expires
October 21, 2025

TRISHA JACKSON
(Print Name of Notary Public)

HH 190016
(Serial/Commission Number)

Page 3 of 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                 CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

## **AFFIDAVIT OF STEFANO D'AGOSTINO**

**STATE OF FLORIDA**
**COUNTY OF LAKE**

    **BEFORE ME,** the undersigned authority, on this day personally appeared, STEFANO D'AGOSTINO, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

    1.    My name is STEFANO D'AGOSTINO. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

    2.    I am currently a police officer employed with the City of Leesburg and have been so employed for approximately 7 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. I am familiar with the Plaintiff, ANGEL GASTON based on multiple encounters between Plaintiff and police both before and after the August 17, 2020, incident that is the subject of Plaintiff's Complaint.

4. On or about August 17, 2020, I was working on shift during the early morning hours. I observed Plaintiff in the lobby of the Police Department. My involvement was limited to informing Plaintiff that the Evidence Department was closed. I had no role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, aside from informing him that the Evidence Department was closed, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, Stefano D'Agostino

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☑ physical presence or ☐ online notarization, this 25 day of April, 2025, by

Stefano
D'Agostino          who is ☑ personally known to me or who ☐ has produced

_____ as identification.


_____
NOTARY PUBLIC - STATE OF FLORIDA


Ashley Adams
(Print Name of Notary Public)

ASHLEY ADAMS
MY COMMISSION # HH 199466
EXPIRES: November 16, 2025
Bonded Thru Notary Public Underwriters

(Serial/Commission Number)

Page 3 of 3