UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                   CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

                                   **Dispositive Motion**

    Defendants.
_____/

## DEFENDANTS', GARY BARRETT AND JOHN LISTON'S MOTION TO ADOPT PREVIOUSLY FILED MOTION TO DISMISS/STRIKE PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW

Defendants, GARY BARRETT ("Barrett") and JOHN LISTON ("Liston"), move the Court, pursuant to Rules 3.01 Federal Rules of Civil Procedure, and as grounds for such state:

1. Barrett was served with the Amended Complaint on May 7, 2025.

2. Liston was served with the Amended Complaint on April 28, 2025.

3. Barrett and Liston fully adopt the previously filed Motion to Dismiss/Strike Plaintiff's Amended Complaint With Prejudice and Incorporated Memorandum of Law dated May 1, 2025. *See Affidavits of Barrett and Liston attached herein as Composite Exhibit "A."*

1

Respectfully submitted by:

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email transmission through the Florida Courts E-Filing Portal to: Angel E. Gaston, Sumter Correctional Institution, Cell #P2117: DC#020151, 9544 CR 476 B, Bushnell, FL 33513 this 27th day of May, 2025.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044 – office
352-609-2876 – fax
Primary Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendants