UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

Plaintiff,

v. CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

Defendants.
_______________________________/

**AFFIDAVIT OF GARY BARRETT**

**STATE OF FLORIDA**
**COUNTY OF LAKE**

**BEFORE ME,** the undersigned authority, on this day personally appeared, GARY BARRETT, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

1. My name is GARY BARRETT. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

2. I am a retired police officer with the City of Leesburg and was employed with the City for approximately 30 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. On or about August 17, 2020, though I was working on shift during an incident with the Plaintiff, ANGEL GASTON, I had no interaction or role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

AFFIANT, Gary Barrett

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☒ physical presence or ☐ online notarization, this 22ND day of May, 2025, by GARY BARRETT who is ☒ personally known to me or who ☐ has produced ____________ as identification.

NOTARY PUBLIC - STATE OF FLORIDA

MELISSA LYNN FLORENCE
(Print Name of Notary Public)

Notary Public State of Florida
Melissa Lynn Florence
My Commission HH 627787
Expires 2/26/2029

HH627787
(Serial/Commission Number)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

Plaintiff,

v. CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

Defendants.

_______________________________/

**AFFIDAVIT OF JOHN LISTON**

**STATE OF FLORIDA**
**COUNTY OF LAKE**

**BEFORE ME,** the undersigned authority, on this day personally appeared, JOHN LISTON, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed below, and under oath did state the following:

1. My name is JOHN LISTON. I am over the age of eighteen (18) years, and in all things competent to attest to the matters herein, and otherwise *sui juris*.

2. I am a retired police officer with the City of Leesburg and was employed with the City for approximately 16 years. As such, I am familiar with the operations sufficient to attest to the facts stated herein.

3. On or about August 17, 2020, though I was working on shift during an incident with the Plaintiff, ANGEL GASTON, I had no interaction or role in the decision made by other officers who had taken Plaintiff into custody pursuant to the Baker Act, under Chapter 394, Florida Statutes, nor did I participate physically in effectuating the Baker Act regarding the Plaintiff. I did not speak directly with Plaintiff, nor did I participate in the decision to process Plaintiff or take him into custody under the Baker Act. FURTHER AFFIANT SAYETH NAUGHT.

_______________________________
AFFIANT, John Liston

STATE OF FLORIDA
COUNTY OF LAKE

SWORN TO AND SUBSCRIBED before me by means of ☒ physical presence or ☐ online notarization, this 23rd day of May, 2025, by __________ who is ☒ personally known to me or who ☐ has produced ____________________ as identification.

_______________________________
NOTARY PUBLIC STATE OF FLORIDA

Chloe Arriaga
(Print Name of Notary Public)

Notary Public State of Florida
Chloe Arriaga
My Commission HH 590261
Expires 9/5/2028

HH 590261

(Serial/Commission Number)