UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,

    Plaintiff,

v.                                     CASE NO: 5:22-cv-409-WFJ-PRL

CITY OF LEESBURG, et al.

    Defendants.
_____/

**DEFENDANTS', CITY OF LEESBURG, CITY OF LEESBURG CHIEF OF POLICE, NICHOLAS M. ROMANELLI, JOHN G. SOMMERSDORF, JOHN LISTON, JOSEPH IOZZI, GARY BARRETT, DANIEL NAVARRO, CHARLES KETCHUM, GUSTAVO ESCALANTE, DAVID CARVER, STEFANO DAGOSTINE, ERIC W. LAMOREAUX AND ALLEN CARTER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DOCUMENTS AND MOTION FOR 90-DAY EXTENSION OF TIME TO SUBMIT A REPLY TO THE MOTION TO DISMISS**

Defendants, CITY OF LEESBURG ("City"), CITY OF LEESBURG CHIEF OF POLICE "Police Chief"), NICHOLAS M. ROMANELLI ("Romanelli"), JOHN G. SOMMERSDORF ("Sommersdorf"), JOHN LISTON ("Liston"), JOSEPH IOZZI ("Iozzi"), GARY BARRETT ("Barrett"), DANIEL NAVARRO ("Navarro"), CHARLES KETCHUM ("Ketchum"), GUSTAVO ESCALANTE ("Escalante"), DAVID CARVER ("Carver"), STEFANO DAGASTINO ("Dagostino"), ERIC W. LAMOREAUX ("Lamoreaux") and ALLEN CARTER ("Carter"), through counsel, and pursuant to the Federal Rules of Civil Procedure

1

hereby replies to Plaintiff's Motion for Documents and Motion for 90-Day Extension of Time to Submit a Reply to the Motion to Dismiss, and as grounds states as follows:

1. This case has been proceeding for nearly 3 Years. To date, Plaintiff has failed to file a viable Complaint. The instant Amended Complaint also fails to state a cause of action, pursuant to Defendants' Motion to Dismiss the Amended Complaint on May 1, 2025, including Exhibits A-D. The frivolous nature of the Complaint and Amended Complaint has caused multiple police officers and the City, who are immune from suit in this instant, to incur significant time and expense in the defense of this action. The Defendants' respectfully request that the portions of the Motion which are an attempt to clarify the claims or that reference the claims in the Amended Complaint be stricken.

2. The Defendants counsel will resubmit better copies of the exhibits to the Motion to Dismiss to the Court and to Plaintiff as soon as possible, though the majority of the exhibits were already attached to Plaintiffs' Amended Complaint.

3. By this Court's Order, Plaintiff was already granted an "extension" in a sense---as he had 45 days to respond to Defendants' Motion, instead of the customary 21 days to serve a response by local rule.

4. A 90-day extension would only cause significant delay in having the Defendants' Motion to Dismiss with Prejudice resolved, and this Court already

warned Plaintiff at the time of the January 13, 2025, Order, that he would have 45 days to respond to the Defendants' Motion.

5. Accordingly, the Defendants respectfully object to the Plaintiff's request to delay the filing of a Response for 90 days, and instead request this Court to deny Plaintiff's Motion for Extension for 90 days; however, Defendants do not object to a reasonable extension of 21 days from the date the Defendants file more legible copies of the exhibits with the court.

WHEREFORE, Defendants, CITY OF LEESBURG, CITY OF LEESBURG CHIEF OF POLICE, NICHOLAS M. ROMANELLI, JOHN G. SOMMERSDORF, JOHN LISTON, JOSEPH IOZZI, GARY BARRETT, DANIEL NAVARRO, CHARLES KETCHUM, GUSTAVO ESCALANTE, DAVID CARVER, STEFANO DAGOSTINO, ERIC W. LAMOREAUX and ALLEN CARTER, respectfully request the Court deny the Plaintiff's Request Motion for 90-Day Extension of Time to Submit a Reply to the Motion to Dismiss, awarding the Defendants the reasonable attorney's fees and costs incurred in the defense of this action, and any other relief deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system this 18th day of June, 2025, which shall serve a copy of the foregoing to all counsel of record. I ALSO

HEREBY CERTIFY that a true and correct copy hereof has been served on the following non-CM/ECF participants on this 18th day of June, 2025, via regular U.S. Mail to: Angel E. Gaston, Sumter Correctional Institution, 9544 CR 476 B, Cell #P2117: DC#020151, Bushnell, FL 33513 this 18th day of June, 2025.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044 – office
352-609-2876 – fax
Primary Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendants