UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

    **Plaintiff,**

v.                                                Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

    **Defendants.**

_____

**ORDER**

This cause is before the Court on Plaintiff Angel E. Gaston's Amended Complaint (Doc. 18). On April 24, 2025, the Court ordered Plaintiff to show cause within fourteen days from the date of the Order why Defendant Unknown Officer #3 – Shield Number 1038 should not be dismissed without prejudice. (Doc. 114). Defendant Unknown Officer #3 – Shield Number 1038 was identified as John Liston, a named defendant in this action. Plaintiff does not object to the dismissal. *See* Doc. 128 at 2.

Accordingly, it is **ORDERED** that Unknown Officer #3 – Shield Number 1038 is **DISMISSED without prejudice** from this suit.

**DONE** and **ORDERED** at Tampa, Florida, on June 24, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Pro Se Party and Counsel of Record