United States District Court
Middle District of Florida
Ocala Division

Angel E. Gastón
Plaintiff

Case No: 5:22-CV-409-WFJ-PRL

V.

City of Leesburg, et al.

## Motion For Status Check

I, Angel E. Gastón (pro-se Plaintiff in the above styled cause) move this court for a Status check on the United States Marshal service of defendant Dominic Paonessa. In Support of this motion I state the following:

1.) On 2/10/2025 the Summons issued for defendant Paonessa was returned as unexecuted because Paonessa was no longer employed at the Leesburg Police Department ("LPD"), Doc. 97.

2.) Thus, the chief of Police (LPD) was directed to notify the Court if there was a forwarding address for this defendant (Doc. 104).

3.) The Chief of Police provided an in camera address for Paonessa (Doc. 109)

4.) The U.S. Marshal was directed to serve Paonessa at that address (Doc. 112).

5.) On 4/29/2025, the Summons was returned as unexecuted because defendant "No longer resides at in camera address." (Doc. 116)

6.) Therefore, on 5/8/2025 the court directed the U.S. Marshal to use reasonable efforts to locate a forwarding address for defendant Dominic Paonessa.

7.) The U.S. Marshal was to inform the Court within 14 days whether an address can be found.

8.) I (the Plaintiff) never received a notice as to whether an address was or was not found for defendant Paonessa.

p.g. 1 of 3

9.) On 8/17/2020 defendant Paonessa was on field training.

10.) On 6/23/2025 I received the Confidential Report of Law Enforcement Officer Initiating Involuntary Examination.

11.) Upon examination of this document (in #10 above) I noticed it was defendant Paonessa who officially signed the Baker Act.

12.) My last words to Paonessa (while sitting in the back of the police car) were: "You know I don't meet the requirements for a Baker Act. How much you wanna bet they're going to make you sign the paperwork?" Now, I find that in fact that they did make him sign the official Baker Act document.

13.) The one defendant who "officially" did the Baker Act, ① no longer works for "LPD" and ② is no where to be found.

14.) It is possible that defendant Paonessa intends to tell the truth of what happened on 8/17/2020, of how his supervisors at the LPD did maliciously agree to falsely use the Baker Act against me.

15.) Defendant Paonessa is a key defendant to this Complaint, since it is his name and signature on the Confidential Baker Act form CF-MH 3052a, Sept. '06

16.) Due to defendant Paonessa being the key defendant who actually signed the Baker Act Confidential form, I object to his dismissal from this Complaint and ask the Court to re-evaluate the efforts to locate and serve Paonessa.

17.) I further give notice to the Court that defendants intentionally provided document 131-1, 1161 in their Court ordered response to my request for legible documents. This document is an obsolete edition (Jan '98) of the document signed by Paonessa. Paonessa's document was the Sept '06 edition

p.g. 2 of 3

Wherefore, in consideration of numbers 1-17 above, I ask this court for a status check on the U.S. Marshal Service of defendant Dominic Paonessa.

### Certificate of Service

I hereby certify that a true and correct copy of this motion was given to Ms. Drew the mail clerk with the Florida Department of Corrections for U.S. Postal Mailing to the U.S. District Court, Middle District of Florida, Ocala Division at 207 NW Second St., Room 337, Ocala, FL 34475; to Brionez + Brionez, P.A., Attn: Stephanie J. Brionez, P.O. Box 985, Tavares, FL 32778; and to Cole, Scott, and Kissane, P.A., Attn: Isabella Sanchez, 9150 South Dadeland Blvd., Suite 1400, P.O. Box 569015, Miami, FL 33256 on this 1st day of July 2025.

Respectfully Submitted,

/s/ A. E. Geston

Angel E. Geston
Date: 7/1/2025
Sumter Correctional Institution
Cell #J2105 : DC#020151
9544 CR 476B
Bushnell, FL 33513

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 7/1/25
OFFICER INITIALS ___

pg. 3 of 3

Angel E. Gaston
Sumter Correctional Institution
Cell #J2105; DC#020151
9544 CR 476B
Bushnell, FL 33513

Mailed From Sumter Correctional Institution



U.S. District Court
Middle District of Florida
Ocala Division
207 NW Second St.
Room 337
Ocala, FL 34475

SCREENED BY USMS

― Legal Mail ―

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 7/1/25
OFFICER INITIALS