UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANGEL E. GASTON,**

    Plaintiff,

v.                                         Case No: 5:22-cv-409-WFJ-PRL

**CITY OF LEESBURG, et al.,**

    Defendants.

_____

### ORDER

Pending before the Court now is Plaintiff's Motion for Status Check regarding the service upon Defendant Dominic Paonessa. (Doc. 136). On June 27, 2025, return of service was filed noting a service date of June 24, 2025. (Doc. 134). Accordingly, Plaintiff's motion (Doc. 136) is **granted**.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 11th day of July 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record