United States District Court
Middle District of Florida
Ocala Division

Angel E. Gaston
Plaintiff

V.                                    Case No: 5:22-CV-409-WFJ-PRL

City of Leesburg, et al
Defendant(s)

FILED - USDC - FLMD - OCA
AUG 4 2025 PM 12:35

## Motion For Leave to File a 126 page Responce to Defendants Motion to Dismiss/Strike Plaintiff's Amended Complaint with Prejudice and Incorporated Memorandum Of Law (Doc. 118)

I, Angel E. Gaston (the Plaintiff in the above styled cause) move this honorable court for leave to File a 126 page responce (Pursuant to the Federal Rules of Civil Procedure, Florida Rules of Court for the Middle District of Florida, rule 3.01 (b)) to the defendants motion to dismiss (Doc. 118) my amended Complaint (Doc. 18). In support of my request I state the following:

1.) I (the Plaintiff) presented 10 counts to the Court against 20 defendants in my amended Complaint (Doc. 18).

2.) Counsel for the "City" and "Police officers" (Stephanie J. Brionez) responded to my amended complaint on 5/1/2025 with a 28 page motion to dismiss (Doc. 118) that presented legal arguments and quoted multiple cases and statutes through seven separate sections.

P.g. 1 of 3

3) My responce to the defendants motion to dismiss addresses each of the defendants legal arguments in Four Primary Sections, nine Secondary Sections, and Seventeen Sub-Sections; including disputed Material Facts from defendants affidavits. (See Exhibit "A", Plaintiff Responce Table of Content)

4.) I motioned this Court for an extension of time to file this responce and was only granted a 30 day extension to edit the Previous 82 Page responce. Therefore, in the good faith of meeting this Courts deadline, I have attached the 126 Page edited responce to the defendants Motion to dismiss my complaint. (See Exhibit "B")

5.) I ask this Court to Consider that all of my Communication with the Court is hand written.

6) Due to both the short time frame for the July 31st, 2025 deadline to respond to the defendants Motion to dismiss and my Current incarceration in the Florida Department of Corrections; I was not able to Contact the defendants for a responce as to whether they agree to the relief requested herein Pursuant to local rule 3.01 (g) Certification.

Wherefore, in Consideration of the Points mentioned above (#1-5), I ask this Court to grant my Motion for leave to file a 126 Page responce to the defendants Motion to dismiss (Doc. 118).

## Certificate of Service

I hereby Certify that a true and Correct copy of this motion was given to __Ms. Drew__ a mail clerk at the Florida Department of Correction for U.S. Mailing to the U.S. Middle District Court of Florida,

P.g. 2 of 3

Ocala Division at 207 NW Second Street, room 337, Ocala, FL 34475; and to Brionez & Brionez, P.A. Attn: Stephanie J. Brionez, P.O. Box 985 Tavares, FL 32778; and to Cole, Scott, and Kissane, P.A. Attn: Isabella Sanchez, 9150 South Dadeland Blvd., Suite 1400, P.O. Box 569015, Miami, FL 33256 on this 29th day of July 2025.

Respectfully Submitted,

Angel E. Gastón
Date: 7/29/2025
Sumter Correctional Institution
cell # J2105 : DC# 020151
9544 CR 476 B
Bushnell, FL 33513

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 7/29/25
OFFICER INITIALS

p.g. 3 of 3