Angel E. Gaston
Sumter Correctional Institution
Cell #J2105 ; DC #020151
9544 CR 476 B
Bushnell, FL 33513

Mailed From Sumter Correctional Institution
FLORIDA DEPARTMENT OF CORRECTIONS





9114 9014 9645 0927 0588 26

U.S. Middle District Court
Ocala Division
207 NW Second Street
Room 337
Ocala, FL 34475

Mailed From Sumter Correctional Institution
FLORIDA DEPARTMENT OF CORRECTIONS

SCREENED
By USMS

